IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31211
Summary Calendar
_____

RODNEY C. CURRY,

                              Plaintiff-Appellant,

versus

DAVID GREEN, Dr.,

                              Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-CV-4154
- - - - - - - - - -
May 1, 1996

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Rodney C. Curry appeals the grant of summary judgment for Dr. David Green in his civil rights suit arising from the medical care he received by Green. Green argues that Curry's notice of appeal is untimely. We conclude that the district court did not abuse its discretion in extending the period for timely filing of notice of appeal pursuant to Fed. R. App. P. 4(a)(5).

Curry's motion for leave to supplement his original appellate brief is DENIED. Curry's request for the appointment of counsel is DENIED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have carefully reviewed the record and appellate arguments. For essentially the same reasons as explained in the magistrate judge's report, we conclude that the district court did not err in granting summary judgment for Green. See Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir. 1991).

AFFIRMED.